**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| GUEDDY VACA, )<br>)<br>           Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>           Defendant. )<br>_____ ) | Case No. 1:19cv113 (TSE/MSN) |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

The claims asserted by Plaintiff in the above-captioned action have been settled by agreement of the parties. Accordingly, the parties hereby stipulate and agree that the action be dismissed with prejudice, each party to bear its own costs, including any possible attorney's fees or other expenses of this litigation.

Dated: July 8, 2019

Respectfully submitted,

                                                                                      G. ZACHARY TERWILLIGER
                                                                                      UNITED STATES ATTORNEY

| /s/ | /s/ |
|---|---|
| DIANA PAK YI (VSB No. 84993) | ANDREW S. HAN |
| Jezic & Moyse, LLC | Assistant United States Attorney |
| 2730 University Boulevard West, Suite 604 | Office of the United States Attorney |
| Wheaton, Maryland 20902 | Justin W. Williams U.S. Attorney's Building |
| Tel:   (240) 292-7200 | 2100 Jamieson Avenue |
| Fax:  (240) 292-7225 | Alexandria, Virginia 22314 |
| Email: pakd@jezicfirm.com | Tel:   (703) 299-3700 |
| *Counsel for Plaintiff Gueddy Vaca* | Fax:  (703) 299-3983 |
| | Email: andrew.han@usdoj.gov |
| | *Counsel for Defendant United States of America* |