IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| GUEDDY VACA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:19cv113 (TSE/MSN) |
| UNITED STATES OF AMERICA, | ) ) ) |
| Defendant. | ) ) |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

The claims asserted by Plaintiff in the above-captioned action have been settled by agreement of the parties. Accordingly, the parties hereby stipulate and agree that the action be dismissed with prejudice, each party to bear its own costs, including any possible attorney's fees or other expenses of this litigation.

Dated: July 8, 2019

Respectfully submitted,

*So Ordered* 7/8/19

/s/
T. S. Ellis, III
United States District Judge

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

_/s/_
DIANA PAK YI (VSB No. 84993)
Jezic & Moyse, LLC
2730 University Boulevard West, Suite 604
Wheaton, Maryland 20902
Tel: (240) 292-7200
Fax: (240) 292-7225
Email: pakd@jezicfirm.com
*Counsel for Plaintiff Gueddy Vaca*

_/s/_
ANDREW S. HAN
Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3700
Fax: (703) 299-3983
Email: andrew.han@usdoj.gov
*Counsel for Defendant United States of America*